AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| JAMIE SWEET, and STEPHANIE FAUST, on behalf of themselves and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> FRONTIER AIRLINES, INC., a Colorado Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-cv-01340-RM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* FRONTIER AIRLINES, INC.,
c/o CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina Wolfson
AHDOOT & WOLFSON, P.C.
10728 Lindbrook Drive
Los Angeles, CA 90024
twolfson@ahdootwolfson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/12/2020

s/T. Vo, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-1340

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **FRONTIER AIRLINES, INC., A COLORADO CORPORATION**

**was received by me on** May 20, 2020

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at 2710 Gateway Oaks Dr Ste 150N , Sacramento, CA 95833-3502 on May 20, 2020 1:23 PM

☐ I left the (( SEE DOCUMENTS ON ATTACHED LIST )) at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on (date) , and mailed a copy to the individual's last known address; or

☑ I served the (( SEE DOCUMENTS ON ATTACHED LIST )) to **FRONTIER AIRLINES, INC., A COLORADO CORPORATION** by serving **KAITLYN MANNIX**, authorized to accept service of process on **May 20, 2020 @ 1:23 PM**

☐ I returned the (( SEE DOCUMENTS ON ATTACHED LIST )) unexecuted because;

☐ other *(specify):*

My fees are $ .00 for travel and $ 35.50 for services, for a total of $ 35.50

I declare under penalty of perjury that this information is true.

Date: 5/21/2020

*Server's signature*

**DANIELLE NOELLE CROSBY**
*Printed name and title*

Affordable Legal Services
563 Brunswick Road Suite 7
Grass Valley, CA 95945
(530) 272-5463
*Server's Address*

A0440-ALS153104