# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-1340

**JAMIE SWEET and STEPHANIE FAUST, on behalf of themselves and all other similarly situated**

 Plaintiff,

v.

**FRONTIER AIRLINES, a Colorado Corporation,**

 Defendant.

---

# ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

 I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Jamie Sweet and Stephanie Faust

 DATED at Denver, Colorado this 27th day of May, 2020.

      *s/Nicholas A. Coulson*
      Nicholas A. Coulson
      David R. Dubin
      **LIDDLE & DUBIN, PC**
      975 E. Jefferson Avenue
      Detroit, MI 48207
      (313) 392-0015 (phone)
      (313) 392-0025 (fax)
      ncoulson@ldclassaction.com
      ddubin@ldclassaction.com

      **AHDOOT & WOLFSON, PC**
      Tina Wolfson
      Bradley K. King
      Theodore Maya
      10728 Lindbrook Dr
      Los Angeles, CA 90024

2

(310) 474-9111 (phone)
(310) 474-8585 (facsimile)
twolfson@ahdootwolfson.com
bking@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2020, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy of the foregoing was served by the CM/ECF system upon the following counsel of record:

Jason D. Melichar
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 2750
Denver, CO 80202
303.572.5320 (Direct)
303.596.2700 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
jason.melichar@wilsonelser.com
*Attorneys for Defendant*

*s/Nicholas A. Coulson*
Nicholas A. Coulson
David R. Dubin
**LIDDLE & DUBIN, PC**
975 E. Jefferson Avenue
Detroit, MI 48207
(313) 392-0015 (phone)
(313) 392-0025 (fax)
ncoulson@ldclassaction.com
ddubin@ldclassaction.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson
Bradley K. King
Theodore Maya
10728 Lindbrook Dr
Los Angeles, CA 90024
(310) 474-9111 (phone)
(310) 474-8585 (facsimile)
twolfson@ahdootwolfson.com
bking@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Attorneys for Plaintiffs*

3