**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-1340

**JAMIE SWEET and STEPHANIE FAUST, on behalf of themselves and all other similarly situated**

      Plaintiff,

v.

**FRONTIER AIRLINES, a Colorado Corporation,**

      Defendant.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for:

Jamie Sweet and Stephanie Faust

      DATED at Denver, Colorado this 27th day of May, 2020.

          *s/David R. Dubin*
          David R. Dubin
          Nicholas A. Coulson
          **LIDDLE & DUBIN, PC**
          975 E. Jefferson Avenue
          Detroit, MI 48207
          (313) 392-0015 (phone)
          (313) 392-0025 (fax)
          ddubin@ldclassaction.com
          ncoulson@ldclassaction.com

          **AHDOOT & WOLFSON, PC**
          Tina Wolfson
          Bradley K. King
          Theodore Maya
          10728 Lindbrook Dr
          Los Angeles, CA 90024

(310) 474-9111 (phone)
(310) 474-8585 (facsimile)
twolfson@ahdootwolfson.com
bking@ahdootwolfson.com
tmaya@ahdootwolfson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2020, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy of the foregoing was served by the CM/ECF system upon the following counsel of record:

Jason D. Melichar
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 2750
Denver, CO 80202
303.572.5320 (Direct)
303.596.2700 (Cell)
303.572.5300 (Main)
303.572.5301 (Fax)
jason.melichar@wilsonelser.com
*Attorneys for Defendant*

                              *s/David R. Dubin*
                              David R. Dubin
                              Nicholas A. Coulson
                              **LIDDLE & DUBIN, PC**
                              975 E. Jefferson Avenue
                              Detroit, MI 48207
                              (313) 392-0015 (phone)
                              (313) 392-0025 (fax)
                              ddubin@ldclassaction.com
                              ncoulson@ldclassaction.com

                              **AHDOOT & WOLFSON, PC**
                              Tina Wolfson
                              Bradley K. King
                              Theodore Maya
                              10728 Lindbrook Dr
                              Los Angeles, CA 90024
                              (310) 474-9111 (phone)
                              (310) 474-8585 (facsimile)
                              twolfson@ahdootwolfson.com
                              bking@ahdootwolfson.com
                              tmaya@ahdootwolfson.com

                              *Attorneys for Plaintiffs*