## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01340-RM-NRM

JAMIE SWEET, and STEPHANIE FAUST,

on behalf of themselves and all others similarly situated,

      Plaintiff,

v.

FRONTIER AIRLINES, a Colorado Corporation,

      Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND JURY DEMAND

---

    Defendant Frontier Airlines, Inc., ("Frontier") by and through its undersigned counsel, hereby submits its Unopposed Motion for Extension of Time to Respond to Plaintiffs' Class Action Complaint & Jury Demand (the "Complaint"), up to and including July 24, 2020, and as good cause for same, states as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

    Frontier's counsel certifies their conferral with Plaintiff's counsel regarding the relief sought in this Motion and is authorized to state that Plaintiff does not oppose the relief requested herein.

## **MOTION**

1.      Plaintiffs' claims and the putative class action are premised on more than five million dollars in damages due to alleged refunding issues for flights disrupted by COVID-19. Plaintiffs filed the Complaint on May 12, 2020, and served the Complaint on May 20, 2020.  As such, Frontier's response is presently due on or before June 10, 2020.

2.      Undersigned counsel were retained on May 21, 2020, to defend against the claims and requested relief asserted in the 14-page Complaint, and need an opportunity to investigate the claims asserted that is commensurate with their complexity, scope, and magnitude.

3.      The extension sought is warranted to allow sufficient time to investigate the allegations and evaluate the viability of the claims asserted so that Frontier has an opportunity to adequately respond to the Complaint.  Given the severe disruptions and associated problems caused by COVID-19, undersigned counsel anticipates that their investigation will take longer than under normal conditions because of Colorado's past and on-going public health orders.  Thus, under present circumstances, good cause exists for the requested relief and, accordingly, Frontier respectfully requests a forty-four (44) day extension of time, up to and including July 24, 2020, to respond to the Complaint.

4.      This is the first extension sought in this matter and it is not intended to unduly delay this action or its resolution.  Further, the requested relief will not prejudice any party.

5.      Pursuant to D.C.COLO.LCivR 6.1(c), this Motion is being served contemporaneously by undersigned counsel on client Frontier.

WHEREFORE, Frontier respectfully requests a forty-four (44) day extension of time, up to and including July 24, 2020, to respond to Plaintiffs' Complaint, and for such other relief the Court deems just and proper.

DATED this 28th day of May, 2020.

Respectfully submitted,

By: */s/ Jason D. Melichar*

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Tina Wolfson, Esq.
Bradley K. King, Esq.
Theodore Maya, Esq
AHDOOT & WOLFSON, P.C.
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: (310_ 474-9111
Facsimile: (310) 474-8585
twolfson@adhootwolfson.com
bking@adhootwolfson.com
tmaya@ahdootwolfson.com
*Attorneys for Plaintiff*

David R. Dubin, Esq.
Nicholas A. Coulson, Esq.
LIDDLE & DUBIN, P.C.
975 E. Jefferson Ave.
Detroit, MI 48207
ddubin@ldclassaction.com
ncoulson@ldclassaction.com
*Attorneys for Plaintiff*

*/s/ Jason D. Melichar*
Jason D. Melichar, Esq.