## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01340-RM-NRM

JAMIE SWEET, and STEPHANIE FAUST,

on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, a Colorado Corporation,

    Defendant.

---

### [PROPOSED] ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND JURY DEMAND

---

    This matter comes before the Court on Defendant Frontier Airlines, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiffs' Class Action Complaint & Jury Demand, up to and including July 24, 2020. The Court, having reviewed the Unopposed Motion, and otherwise being fully advised, finds that good cause exists and GRANTS the Motion. Defendant shall have up to and including July 24, 2020, to respond to Plaintiffs' Class Action Complaint and Jury Demand.

    DATED this _____ day of _____, 2020.

    _____