IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-01340-RM-NRN

JAMIE SWEET, and STEPHANIE FAUST,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FRONTIER AIRLINES, a Colorado Corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiffs' Class Action Complaint and Jury Demand (Dkt. #10), referred to this Court by Judge Raymond P. Moore (Dkt. #11), is GRANTED for good cause shown.

The deadline for Defendant to respond to the Complaint is extended to July 24, 2020.

Date:  May 29, 2020