**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO**

Civil Action No.: 1:20-cv-1340-RM-NRN

JAMIE SWEET, and STEPHANIE FAUST,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES,

    Defendant.

---

**NOTICE OF FILING OF MOTION TO CONSOLIDATE**

---

PLEASE TAKE NOTICE that on the 16th day of June, 2020, a motion to consolidate was filed in *Young v. Frontier Airlines, Inc.*, case number 1:20-cv-01153-PAB-KLM for:

- *Young v. Frontier Airlines, Inc.*, 1:20-cv-01153-PAB-KLM;
- *Sweet v. Frontier Airlines, Inc.* Case No. 1:20-cv-01340-RM-NRN;
- *Rivera-De Leon v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01518-NRN; and
- *Obertman v. Frontier Airlines, Inc.* Case No. 1:20-cv-01689-STV.

*See* **Exhibit 1.** Any future pleadings or correspondence concerning the aforementioned requested consolidation should refer to *Young v. Frontier Airlines, Inc.*, case number 1:20-cv-01153-PAB-KLM.

DATED this 16th day of June, 2020.

Respectfully submitted,

By: */s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Tina Wolfson, Esq.
Ahdoot & Wolfson, PC
10728 Lindbrood Drive
Los Angeles, CA 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
*Attorney for Plaintiffs*

                                                          */s/ Jason D. Melichar*
                                                          Jason D. Melichar, Esq.