IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No.: 1:20-cv-1340-RM-NRN

JAMIE SWEET, and STEPHANIE FAUST,
on behalf of themselves and all others similarly situated

    Plaintiffs,

v.

FRONTIER AIRLINES, a Colorado Corporation,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C.COLO.LAttyR 5(a), William J. Katt, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 740 N. Plankinton Ave., Suite 600, Milwaukee, WI 53203, telephone number (414) 276-8816, facsimile number (414) 276-8819, email William.katt@wilsonelser.com, hereby certifies that he is a member in good standing of the bar of this Court, and enters his appearance as counsel of record for Defendant Frontier Airlines.

DATED this 26th day of June, 2020.

    Respectfully submitted,

    By: */s/ William J. Katt*
    William J. Katt, Esq.
    740 N. Plankinton Avenue, Suite 600
    Milwaukee, WI 53203
    (414) 276-8816
    (414) 276-8819 (fax)
    william.katt@wilsonelser.com

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Tina Wolfson, Esq.
Ahdoot & Wolfson, PC
10728 Lindbrood Drive
Los Angeles, CA 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
*Attorney for Plaintiffs*

David R. Dubin, Esq.
Nicholas A. Coulson, Esq.
Liddle & Dublin, PC
975 E. Jefferson Ave
Detroit, MI 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025
ddubin@ldclassaction.com
ncoulson@ldclassaction.com
*Attorneys for Plaintiffs*

 */s/ William J. Katt,*
William J. Katt, Esq.