IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No.: 1:20-cv-1340-RM-NRN

JAMIE SWEET, and STEPHANIE FAUST,
on behalf of themselves and all others similarly situated

      Plaintiffs,

v.

FRONTIER AIRLINES, a Colorado Corporation,

      Defendant.

## NOTICE OF ENTRY OF APPEARANCE

      Pursuant to D.C.COLO.LAttyR 5(a), Patrick J. Kearns, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 401 West A Street, Suite 1900, San Diego, CA 92101, telephone number (619) 321-6200, facsimile number (619) 321-6201, email Patrick.kearns@wilsonelser.com, hereby certified that he is a member in good standing of this bar of this Court, and enters her appearance as counsel of record for Defendant Frontier Airlines.

      DATED this 26th day of June, 2020.

      Respectfully submitted,

      By: */s/ Patrick J. Kearns*
      Patrick J. Kearns, Esq.
      401 West A Street Suite 1900
      San Diego, CA 92101
      (619) 321-6200
      (619) 321-6201 (fax)
      patrick.kearns@wilsonelser.com

        William J. Katt, Esq.
        740 N. Plankinton Avenue, Suite 600
        Milwaukee, WI 53203
        (414) 276-8816
        (414) 276-8819 (fax)
        william.katt@wilsonelser.com

        Jason D. Melichar, Esq.
        R. Joseph Isert, Esq.
        Wilson Elser Moskowitz Edelman & Dicker, LLP
        1225 17th Street, Suite 2750
        Denver, CO 80202
        Telephone: (303) 572-5300
        Facsimile: (303) 572-5301
        jason.melichar@wilsonelser.com
        joe.isert@wilsonelser.com
        *Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

    Tina Wolfson, Esq.
    Ahdoot & Wolfson, PC
    10728 Lindbrood Drive
    Los Angeles, CA 90024
    Telephone: (310) 474-9111
    Facsimile: (310) 474-8585
    twolfson@ahdootwolfson.com
    *Attorney for Plaintiffs*

    David R. Dubin, Esq.
    Nicholas A. Coulson, Esq.
    Liddle & Dublin, PC
    975 E. Jefferson Ave
    Detroit, MI 48207
    Telephone: (313) 392-0015
    Facsimile: (313) 392-0025
    ddubin@ldclassaction.com
    ncoulson@ldclassaction.com

*Attorneys for Plaintiffs*

           */s/ Patrick J. Kearns*
Patrick J. Kearns, Esq.