# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01340-RM-NRM

JAMIE SWEET, and STEPHANIE FAUST,
on behalf of themselves and all others
similarly situated,

Plaintiffs,

v.

FRONTIER AIRLINES, INC., a Colorado
Corporation

Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

---

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiffs at Ahdoot & Wolfson, PC has a change of business address and requests that the Court and counsel amend their records to reflect such change. Counsel's old address was as follows:

10728 Lindbrook Drive

Los Angeles, CA 90024

Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communication to Ahdoot & Wolfson, PC shall be addressed to the following new address:

2600 West Olive Ave., Suite 500

Burbank, CA 91505

Dated: November 25, 2020                  Respectfully submitted,

                                                           */s/ Tina Wolfson*
                                                           Tina Wolfson, CA Bar No. 174806
                                                           AHDOOT & WOLFSON, PC
                                                           2600 West Olive Ave., Suite 500
                                                           Burbank, CA 91505
                                                           Telephone: (310) 474-9111
                                                           Facsimile: (310) 474-8585
                                                           twolfson@ahdootwolfson.com

## **CERTIFICATE OF SERVICE**

      I, Tina Wolfson, hereby certify that on November 25, 2020, I filed a true and correct copy of the above document with the Clerk of the court in accordance with the Court's Rules on Electronic Service, which caused notification of filing to be sent to all counsel of record.

                                                                                      */s/ Tina Wolfson*_____
                                                                                        Tina Wolfson